# MEMORANDA.

OF

## DECISIONS RENDERED WITHOUT WRITTEN OPINIONS DURING THE PERIOD EMBRACED IN THIS VOLUME.

No. 1,349.—GOFF, Respondent, *v.* DELMOE, Appellant.

*Appeal from District Court, Silver Bow County.*

Decided August 26, 1901.

Per Curiam.—This appeal is dismissed at the cost of the appellant, in accordance with the stipulation on file herein.

*Messrs. Clinton & Lamb,* for Appellants.